§ JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
ERIC SEDIE

## DEFENDANTS
UNITED STATES POSTAL SERVICE AND DOES 1 TO 50

(b) County of Residence of First Listed Plaintiff  MARIN
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

SANFORD M. CIPINKO, ESQ.
LAW OFFICES OF SANFORD M. CIPINKO
55 FRANCISCO STREET, SUITE 403
SAN FRANCISCO, CA 94133 / TEL: (415) 693-9905

Attorneys (If Known)

EDL ADR
E-filing

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury — Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | PROPERTY RIGHTS | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [X] 345 Marine Product Liability | PERSONAL PROPERTY | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| | | [ ] 370 Other Fraud | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [X] 350 Motor Vehicle | [ ] 371 Truth in Lending | LABOR | SOCIAL SECURITY | [ ] 810 Selective Service |
| [ ] 160 Stockholders' Suits | [X] 355 Motor Vehicle Product Liability | [X] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 195 Contract Product Liability | | | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise | | | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 442 Employment | Habeas Corpus: | [ ] 791 Empl. Ret. Inc. Security Act | | [ ] 894 Energy Allocation Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | | FEDERAL TAX SUITS | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & Other | IMMIGRATION | [ ] 871 IRS—Third Party 26 USC 7609 | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities – Other | [ ] 550 Civil Rights | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | [ ] 463 Habeas Corpus – Alien Detainee | | |
| | | | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Federal Tort Claims Act 28 USC section 2671

Brief description of cause:
Negligent driving by U.S. Postal Service employee, which resulted in an incident and injuries to Plaintiff

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ 10,001,500.00
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)
- [X] SAN FRANCISCO/OAKLAND
- [ ] SAN JOSE

DATE 6/26/08

SIGNATURE OF ATTORNEY OF RECORD



```
1  LAW OFFICES OF SANFORD M. CIPINKO
   SANFORD M. CIPINKO, Esq., SBN 88102
2  YULIYA MAGOMEDOV, Esq., SBN 251964
   55 FRANCISCO STREET, SUITE 403
3  SAN FRANCISCO, CA. 94133
   VOICE:      (415) 693-9905
4  FACSIMILE: (415) 693-9904

5  Attorneys for Plaintiff
   ERIC SEDIE                         E-filing
6
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

```
ERIC SEDIE,                      )   CIVIL ACTION NO: CV 08 3095
            Plaintiff,           )
                                 )   COMPLAINT
     v.                          )
                                 )                              EDL
UNITED STATES POSTAL SERVICE.    )
DOES 1 TO 50, inclusive,         )
            Defendants.          )
                                 )
                                 )
                                 )
                                 )
```

Plaintiff, complaining of Defendant, alleges:

1. This action arises under the Federal Tort Claims Act, 28 USC §2671 et seq. and this Court's jurisdiction under the provision of 28 USC §1346(b).

2. Plaintiff, Eric Sedie is a citizen and resident of Marin County, California, and the cause of action upon which this action is based arose in this county. Thus venue is properly laid in this Court.

3. On or about September 23, 2006, Plaintiff was riding his bicycle in the west bound lane on Paradise Drive in the town of Corte Madera, California.

4. Mr. Sedie is an experienced bicyclist, and he regularly rides through Corte Madera as part of his weekly 75-mile route.

- COMPLAINT

5.     United States Postal Service truck driven by Glen Christopher De La Cruz Rafael had just finished delivering mail to 5124 Paradise Drive. His postal truck was parked in a private driveway at this location.  Mr. Rafael pulled out of the private driveway without looking and, as a result of his carelessness, failed to notice Mr. Sedie's 20-25 mile per hour approach.

6.     By the time Mr. Rafael's postal truck became visible to Mr. Sedie, only 5-8 feet separated the two vehicles. Mr. Sedie slammed into the front end of the postal truck, and this impact violently threw Mr. Sedie over the front handlebars of his bicycle. Mr. Sedie suffered a second, equally severe impact when his body collided with the concrete pavement on the eastbound side of Paradise Drive.

7.     Mr. Rafael was negligent in that he failed to yield to approaching traffic and pulled out his truck from the private driveway without looking. Mr. Rafael failed to act reasonably and prudently under the circumstances. His negligence and carelessness constitute the direct cause of the collision.

8.     Mr. Rafael's negligence occurred during the course and scope of his employment with the United States Postal Service. Consequently, the United States Postal Service is responsible for all damages Mr. Sedie has suffered and continues to suffer as a result of the accident.

9     In addition to other severe and permanent injuries, Plaintiff Eric Sedie sustained a herniated disk with a posterior annual tear at L4-5, cervical spine disc protrusion at C5-6 and C6-7 as well as right shoulder tendenosis and rotator cuff injury.

10.    As a direct and proximate result of these injuries, Plaintiff Eric Sedie has endured and will continue to endure, great pain and suffering and mental anguish.

11.    Plaintiff has expended and continues to expend large sums for medical expenses.

12.    Plaintiff Eric Sedie is 32 years of age. As a result of these injuries described above, he had to undergo a back surgery, physical therapy and multiple

1  spinal injections. He has been unable to resume work nor has he been able to engage
2  in any of the recreational or sporting activities he once enjoyed.
3      13.    Plaintiff's high performance bicycle sustained extensive damage.
4  Estimated repairs to the bicycle will cost over $1,500.00.
5      14.    On December 14, 2007, 2003, Plaintiff submitted his claim in the amount
6  of $10,001,500.00, to the United States Postal Service along with a demand letter
7  describing the extent of Mr. Sedie's injuries. On February 11, 2008, Gwen Murray,
8  Paralegal Specialist for the United States Postal Service responded to the claim stating
9  that she is "in the process of reviewing this claim." On March 28, 2008, Plaintiff sent a
10 latter to Ms. Murray asking about the status of her claim review. As of this date, the
11 Untied States Postal Service has neither accepted nor rejected the Plaintiff's claim and,
12 pursuant to 28 USC §2675(a), Plaintiff has elected to consider such failure to act as a
13 final denial of the claim.
14     WHEREFORE, Plaintiff demands judgment against Defendant Untied States of
15 America as follows:

1. The sum of $10,001,500.00 for Plaintiff Eric Sedie for past and future medical expenses, loss earnings, loss of future earnings, property damage and pain and suffering;

2. Costs in this action; and,

3. Such other relief as the Court may deemed proper.

DATED: June 26, 2008

_____
SANFORD M. CIPINKO
Attorney for Plaintiff

## JURY DEMAND

Plaintiff hereby demands jury trial in this matter.

DATED: June 26, 2008

_____
SANFORD M. CIPINKO
Attorney for Plaintiff

-     COMPLAINT