| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| SANFORD M. CIPINKO<br>55 FRANCISCO STREET, SUITE 403<br>SAN FRANCISCO, CA  94133 | (415) 693-9905 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00235371-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
SEDIE vs. UNITED STATES POSTAL SERVICE

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 08 3095 EDL |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS & COMPLAINT; ORDER SETTING INITIAL STATUS CONFERENCE; CIVIL CASE COVER SHEET; STANDING ORDER; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT;

        Name: UNITED STATES POSTAL SERVICE

Person Served: JOSE ALBA
       Title: POSTMASTER

Date of Delivery: July 11, 2008    HDATE:
Time of Delivery: 11:35 am

Place of Service: 7 PIXLEY AVENUE
                  CORTE MADERA, CA 94925    **(Business)**

Manner of Service:    **Personal Service - By Personally Delivering copies to the person on whom the service is required.**

Fee for service:    $ 79.50

---

| JUDICIAL COUNCIL FORM, RULE #982 (A)(23) | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
|---|---|
| [X] Registered: . . San Francisco . . County,<br>Number: . . . . 2007-0001040<br>Expiration Date: 12/04/2009<br>PREFERRED LEGAL SERVICES, INC.<br>210 Fell Street, #19<br>San Francisco, CA 94102<br>(415) 882-2250<br>302/00235371-01 | on: . . . . . . . . . July 22, 2008 . . . . . . . . ,<br>at: . . . . . . . . . San Francisco . . . . , California.<br>Signature: _____<br>Name: FREDERICK GURR<br>Title: (i) employee |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| SANFORD M. CIPINKO<br>55 FRANCISCO STREET, SUITE 403<br>SAN FRANCISCO, CA  94133 | (415) 693-9905 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00235371-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
SEDIE vs. UNITED STATES POSTAL SERVICE

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 08 3095 EDL |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS & COMPLAINT; ORDER SETTING INITIAL STATUS CONFERENCE; CIVIL CASE COVER SHEET; STANDING ORDER; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT;

        Name: UNITED STATES POSTAL SERVICE

Person Served: JOSE ALBA
        Title: POSTMASTER

Date of Delivery: July 11, 2008     HDATE:
Time of Delivery: 11:35 am

Place of Service: 7 PIXLEY AVENUE
        CORTE MADERA, CA 94925     **(Business)**

Manner of Service: **Personal Service - By Personally Delivering copies to the person on whom the service is required.**

Fee for service:   $ 79.50

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: . . San Francisco . . . County,
Number: . . . . 2007-0001040
Expiration Date: 12/04/2009
PREFERRED LEGAL SERVICES, INC.
210 Fell Street, #19
San Francisco, CA 94102
(415) 882-2250
302/00235371-01

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: . . . . . . . . . July 22, 2008 . . . . . . . ,
at: . . . . . . . San Francisco . . . . , California.

Signature:
Name: FREDERICK GURR
Title: (i) employee