| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| SANFORD M. CIPINKO<br>55 FRANCISCO STREET, SUITE 403<br>SAN FRANCISCO, CA  94133 | (415) 693-9905 | |

ATTORNEY FOR (NAME)

REFERENCE NUMBER
00235512-01

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
SEDIE vs. UNITED STATE POSTAL SERVICE

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 08 3095 EDL |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS & COMPLAINT; NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE TO
EXERCISE JURISDICTION; ORDER SETTING INITIAL STATUS CONFERENCE; STANDING
ORDER; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT
COURT; CIVIL CASE COVER SHEET;

Name: UNITED STATES POSTAL SERVICE

Person Served: TIFFANY CHIU
Title: AUTHORIZED TO ACCEPT SERVICE

Date of Delivery: July 31, 2008    HDATE:
Time of Delivery: 11:15 am

Place of Service: 450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102                    **(Business)**

Manner of Service:    **Personal Service - By Personally Delivering copies to the
person on whom the service is required.**

Fee for service:    $ 49.50

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X]  Registered: . . SAN FRANCISCO . . . County,
Number: . . 2008-0001061 . . . . . . .
Expiration Date:  11/08/2008
PREFERRED LEGAL SERVICES, INC.
210 Fell Street, #19
San Francisco, CA 94102
(415) 882-2250
302/00235512-01

I declare under penalty of perjury under the laws of the State of California
that the foregoing is true and correct.
on: . . . . . . . . July 31, 2008 . . . . . . . ,
at: . . . . . . . San Francisco . . . , California.

Signature: _____
Name: SIERRA FREDIANELLI
Title: (i) registered California process server