IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC SEDIE, | No. C-08-03095 EDL |
| Plaintiff, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

The Court held a Case Management Conference on September 30, 2008. On October 3, 2008, the Court issued an order relating this case with Sedie v. United States Postal Service, C-08-4417 SI. No later than October 10, 2008, Plaintiff shall either dismiss Sedie v. United States Postal Service, C-08-3095 EDL or inform the Court as to why Plaintiff believes that case should not be dismissed. The parties shall file a joint update on the status of these cases, including a proposed further case management conference date, no later than October 10, 2008. At the Case Management Conference, the Court denied Defendant's Motion to Dismiss (docket number 10) without prejudice to re-filing if Sedie v. United States Postal Service, C-08-3095 EDL is not dismissed.

**IT IS SO ORDERED.**

Dated: October 3, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge